In the Matter of the Claim of BENJAMIN VELEZ, Appellant, v MODERN LINENS & TOWELS et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted March 13, 2006; decided April 4, 2006

Motion for reargument denied [*see* 6 NY3d 708]. Motion for poor person relief dismissed as academic.